UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOUYUN ZHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, et al.,<br><br>    Defendants. | Case No. 15-cv-03980-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 6 |

Plaintiff Zhouyun Zhou, proceeding pro se, filed this immigration mandamus on August 31, 2015 seeking to compel Defendants to schedule him for an asylum interview. (Dkt. No. 1.) On October 21, 2015, Defendants filed a motion to dismiss which is set for hearing on December 17, 2015. (Dkt. No. 6.) Plaintiff has not filed an opposition to the motion to dismiss, although his opposition was due November 4, 2015. Accordingly, **Plaintiff is ordered to file his opposition to the motion to dismiss by December 17, 2015**; Defendant's reply is now due January 7, 2016, and the hearing is reset for January 21, 2016 at 9:00 a.m.

As Plaintiff is proceeding pro se, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Desk free assistance regarding his claims; there are offices in San Francisco and San Jose.

**San Francisco**
United States Courthouse
450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco, CA 94102
Appointment line: 415-782-8982

**San Jose**
United States Courthouse
280 South 1st Street
2nd Floor, Room 2070
San Jose, CA 95113
Monday to Thursday 1:00pm - 4:00pm
Phone:  408-297-1480

If Plaintiff fails to file a response to the motion to dismiss or otherwise respond to this Order, this case may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2