UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHOUYUN ZHOU,

         Plaintiff,

   v.

JEH JOHNSON, et al.,

         Defendants.

Case No. 15-cv-03980-JSC

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 6

Plaintiff Zhouyun Zhou, proceeding pro se, filed this immigration mandamus on August 31, 2015 seeking to compel Defendants to schedule him for an asylum interview. (Dkt. No. 1.) On October 21, 2015, Defendants filed a motion to dismiss. (Dkt. No. 6.) After Plaintiff failed to file an opposition to the motion, the Court issued an Order extending the time for him to do so until December 17, 2015. Plaintiff failed to file an opposition by this date and has not communicated with the Court in any way. Accordingly, this action is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b).

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: January 6, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge